**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1725**

_____

CHALTU ASSEFA WAKENE,

                                             Petitioner,

            versus

U.S.  IMMIGRATION  &  NATURALIZATION  SERVICE;
JOHN ASHCROFT, U.S. Attorney General,

                                             Respondents.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A77-892-871)

_____

Submitted:  May 22, 2003          Decided:  June 4, 2003

_____

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Mikre-Michael Ayele, Arlington, Virginia, for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Linda S. Wendtland,
Assistant Director, Ann Carroll Varnon, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chaltu Assefa Wakene, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board"). The order denied her motion to reopen the Board's dismissal of her appeal from the immigration judge's order denying her applications for asylum and withholding of removal. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying Wakene's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Wakene, No. A77-892-871 (B.I.A. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED